Jason G. Landess, Ltd.
Jason G. Landess, Esq.
Nevada Bar No. 288
7054 Big Springs Court
Las Vegas, NV 89113
(702) 232-3913

Ulrich W. Smith, Esq.
Nevada Bar No. 2274
3990 Vegas Drive
Las Vegas, NV 89108
(702) 258-7557

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DR. RUSSELL GORDON TILLEY MILLAR, TRUSTEE OF THE R.G.T. MILLAR TRUST dated 6-28-1988<br><br>    Plaintiff,<br>vs.<br><br>CROSS FLS, LLC, a Texas limited liability company,<br><br>    Defendant. | Case No.: 2:11-cv-00669-RLH-PAL<br><br>**NOTICE OF CONSTITUTIONAL QUESTION RE NRS § 645B.340** |

Comes now Plaintiff Dr. Russell Gordon Tilley Millar, Trustee of the R.G.T. Millar Trust dated 6-28-1988 ("Plaintiff"), by and through the undersigned attorneys, and pursuant to Rule 5.1 of the Federal Rules of Civil Procedure hereby files this notice that Plaintiff has filed a complaint in the above-referenced Court challenging the

1

constitutionality of Nevada Revised Statute § 645B.340.

The Constitutional question is whether or not this statute is constitutional under the Federal Equal Protection Clause and the Due Process Clause of the Fourteenth Amendment to the United States Constitution, both facially and as applied; Article IV, Section 1 of the Constitution of the State of Nevada, both facially and as applied; the Due Process Clause of the Fifth Amendment to the United States Constitution and Article 1, Section 8(5) of the Constitution of the State of Nevada, both facially and as applied; and the Takings Clause (Article I, Section 10, Clause 1) of the United States Constitution, both facially and as applied.

Dated this 9th day of May, 2011.

Respectfully submitted,

/s/ Jason G. Landess
Jason G. Landess, Esq.
Nevada Bar No. 288
7054 Big Springs Court
Las Vegas, NV 89113
(702) 232-3913

Ulrich W. Smith, Esq.
Nevada Bar No. 2274
3990 Vegas Drive
Las Vegas, NV 89108
(702) 258-7557

Attorneys for Plaintiff